IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAUREN AWBREY,

          Plaintiff,

     v.

PEDRO DABALSA,

          Defendant.

No. CV 06-1820-AS

OPINION AND ORDER
re: Bill of Costs and Attorney Fees

**ASHMANSKAS, J.**

     I have reviewed Defendant's Motion for Attorney Fees (#100), Plaintiff's Response (#106), and the applicable attorney fee statutes, including 42 U.S.C. § 1988(b) and ORS 20.105(1). The parties agree those statutes leave the award of attorney fees to the discretion of the Court. After weighing the appropriate factors, Defendant's Motion for Attorney Fees (#100) is hereby GRANTED IN PART AND DENIED IN PART. Plaintiff is ordered to pay Defendant $25,000 in attorney fees.

     In addition, Defendant's Bill of Costs (#103) is GRANTED. Defendant is entitled to recover costs in the amount of $2,947.73 against Plaintiff.

     IT IS SO ORDERED.

     DATED this  27th  day of June, 2008.

                                         /s/ Donald C. Ashmanskas
                                         DONALD C. ASHMANSKAS
                                         United States District Court